**Supreme Court**

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

*Of*

*Criminal Appeals*   Abel Acosta. Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC ( ~ 2015

Abel Acosta, Clerk

\* \* \*

Case No: PD-1575-15

Appellate Case No: 01-14-00560-CR

\* \* \*

Assessing the Petition for Discretionary Review correspondence between Supreme Court of Criminal Appeals and Petitioner, the claimed offense date deserves clarification. According to Susan D. Reed et. al., Court Appointed Counsel Oscar Cantu Jr., Universal City Police Department, and First Court of Appeals Court Judges (Keyes, Massengale, and Lloyd), the reclusive alleged Evasion Detention w/ Vehicle occurred "January 14, 2013."

Furthermore, acknowledging correspondence sent to the Criminal Court of Appeals December 28, 2015. Universal City Police Department incident number 1300011013 occurring on June 1, 2013, involving a "blunt object" identifies Officers [1]David Grey, Jorge Carmona, and Sgt. George Williamson as the perpetrators. I, Mr. Tristan Omarr Armstrong was *NOT* present before, during, nor after the duration of *THEIR* crime.

Respectfully submitted,

INDIGENT

Mr. Tristan Omarr Armstrong

Sworn to and subscribed before me
on this 28 day of DECEMBER 20 15 ,

SUSI SUBRAMANIAN
NOTARY PUBLIC

My Commission Expires: FEB 26, 2017 ,

12/28/2015

NOTARY PUBLIC
SUSI SUBRAMANIAN
My Commission Expires
February 26, 2017
STATE OF TEXAS

---

[1] Officer David Grey and Jorge Carmona testified May 29, 2014 that all allegations against the appellant were true beyond a reasonable doubt. However, Officer Jorge Carmona confirms in the Trial Court May 29, 2014 he has *NO* common knowledge of the Alleged Evasion January 14, 2013 in addition to admitting his Universal City Police Department Municipal Criminal history.

# Universal City Police Department

## OFFENSE Report

| ORI: TX0151400 | Incident No. 1300011013 | 6/4/2013 |
|---|---|---|

### Incident

| CAD No. **1300012227** | Other No. | Type **Criminal** | Date Occur **06/01/2013 09:43** |
|---|---|---|---|
| Status **Open** | Clear. Date | Audited By: **Williamson,** | Exc. Clear. |
| Inv. Status | Report By: **Williamson, George #1002** 06/01/2013 | | Approv. By: **Williamson, George** 06/01/2013 |
| Fam. Viol. **No** | Narrative **I1300011013.doc** Investigator **Unknown** | | |

Description

**Attempt to locate a wanted person in the 500 blk of W Lindbergh. Reckless damage to front door reported**

Dispatch Location **514 Lindbergh Blvd (West) Universal City**

---

**- Offense No. 1**      Offense Recording Date **06/01/2013 10:33**

| Off. Begin Date **06/01/2013 09:30** | Off. End Date **06/01/2013 09:43** | Entry Method **No Force Used** | Attempt/Complete **Completed** |
|---|---|---|---|
| Drug Seized **No** | Gang Related **No** | Hi-Speed Pursuit **No** | Weapons Used **Blunt Object (e.g.,** |
| Offense Code **PC 28.04** L/D **CM** | Offense **RECKLESS DAMAGE OR DESTRUCTION** | | No. of Premises **1** |
| Bias Motivation **None** | | Agg Asslt/Homic. Circumst. | Supplement: |
| Offense Addr. **514 Lindbergh Blvd (West) Universal City, TX 78148** | | | Loc.Type **Resident - Single** |

Remarks

---

### Suspect(s)

| Name | DOB | Race | Sex | DL | Address |
|---|---|---|---|---|---|
| Carmona, Jorge | 07/12/1983 | White | Male | 24984944 | 2150 Universal City Blvd , Universal City, TX 78148 |
| | (210)658-5353 (W) | | | | |

### Victim(s)

| Name | DOB | Race | Sex | DL | Address |
|---|---|---|---|---|---|
| Long, Calandra Nicole | 01/02/1968 | BLACK | FEMAL | 14084848 | 514 Lindbergh Blvd (West) , UC, TX 78148 |
| | 371-0468 (C) | | | | NA (H) |

### Victims (Organizations)

| Name | Phone | Address |
|---|---|---|

### Other Involved Person(s)

| Name | Role | DOB | Race | Sex | DL | Address |
|---|---|---|---|---|---|---|
| Gray, David Thomas | PD Officer | 05/13/1982 | White | Male | | |
| ARMSTRONG, TRISTAN OMARR | Involved | 09/10/1987 | Black | Male | 23769489 4172986 (H) | 514 Lindbergh Blvd (West) , Universal City, NA (H) |

### Victim / Offender Relationship

| Victim | Offender | Relationship |
|---|---|---|
| Long, Calandra Nicole | Carmona, Jorge | Victim was Stranger |

### Incident Property

| Status | Item Type | Item Name | Make | Model | Color | Qty | Units |
|---|---|---|---|---|---|---|---|
| Damaged/ | Structures-Single | Front Door | | | White | 1 | |

Value **200.00**     Serial #     Involved Person -Carmona ,Jorge Suspect

Supplement:      Description: **Metal/hollow core entry door**

### Vehicle

## OFFENSE Report

| ORI: TX0151400 | Incident No. 1300011013 | 6/4/2013 |

| State | License | Status | Year | Make | Model | Body Style | Involved People |
|-------|---------|--------|------|------|-------|-----------|-----------------|
| | | | | | | | |

| Color | Other Color | VIN |
|-------|-------------|-----|
| | | |

Wrecker Co:                    Wrecker Call'd:    Wrecker Arriv'd:

Remarks

# UNIVERSAL CITY POLICE DEPARTMENT

## Narrative

Date of report: 06/01/2013

Case Number: 1300011013

---

Incident Number :1300011013

June 01, 2013

Reckless Damage

On 06-01-13 at 0943 hrs I, Sgt G.Williamson #24 was dispatched to 514 W. Lindbergh for a Damage Property report.

At location I contacted the resident and complainant, Calandra Long TX DL 14084848 who advised, on this date at 0930 hrs two UCPD Officers, Officer Carmona and Officer Gray arrived at her residence. She recognized both Officers from past incidents at her residence which involved her son Tristan Armstrong, TX DL 23769489. Long stated, she has told UCPD Officers that have come looking for Armstrong that he does not reside at his location.

Long stated, she saw Officer Gray go to the rear of her residence. She saw Officer Carmona at her front door. Long stated Officer Carmona began "beating" on her front door. She looked out her front window and saw Officer Carmona striking her front door with a black object she identified as a "baton". Long did not answer the door. When both Officers left, she opened her front door and observed several dents, two at the top right, one in the middle of the door and several scratches on the bottom left. Long advised this door had no damage prior to the Officers arrival. She values the cost replacing the door at approx $200.00. Long advised this door was recently replaced and less than a year old.

I noted two dents at the top right, one dent in the middle, and black scratch marks at the bottom left. I took digital photos of the damage which will be uploaded under this case. The entry door is a white, metal hollow core door with a decorative half moon window at the top. I provided Long with the case number for this report.

Officer Carmona and Officer Gray did go to this location at 0930 hrs in an attempt to locate Tristan Armstrong who has nine active Universal City Warrants.

---

Officer: Williamson, George

ID#: 1002

Approving Supervisor: Williamson, George

ID#: 1002

# UNIVERSAL CITY POLICE DEPARTMENT
## Supplement

Date of report: 06/01/2013

Case Number: 1300011013

Incident Number :1300011013

Supplemented by:Carmona, Jorge #9995

Date of Supplement: 06/01/2013 11:02

On the above date at 0930 hrs I conducted a warrant service at 514 W. Lindbergh for Tristan Armstrong. I knocked on wood door frame (the knuckle in the wood) with the end of my asp. At no point was any damage done to her door or door frame. No contact was made with any person at the residence.

END>

Officer: Carmona, Jorge                                    ID#: 9995
Approving Supervisor:                                      ID#:

# UNIVERSAL CITY POLICE DEPARTMENT
## Supplement

Date of report: 06/01/2013

Case Number: 1300011013

---

Incident Number :1300011013

Supplemented by:Gray, David #6539

Date of Supplement: 06/01/2013 10:34

On 06-01-2013 at approximately 0930 hours Officer Carmona and myself conducted a warrant service at 514 W. Lindbergh on Tristan Armstrong.

At location I covered the rear of the property as Officer Carmona attempted to make contact with Armstrong. Officer Carmona advised a female came to the window however she refused to answer the door.

Upon conclusion I relocated back to the front of the property and placed a warrant service notification reminder on the front door handle.

No further action taken.

---

Officer: Gray, David

Approving Supervisor:

ID#: 6539

ID#: